SEVENTH NATIONAL BANK OF NEW YORK, Respondent,
v. JOSEPH J. SCHICKLER, Appellant.

(Argued June 13, 1933; decided July 11, 1933.)

*John Kirkland Clark* and *Ganson J. Baldwin* for appellant.

*Arthur Ofner, Warren C. Fielding, Clarence I. Blau* and *Carl J. Austrian* for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.